

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00472-CV

Filomeno **GARCIA**, Veronica Garcia, and All Current Occupants 1301 Westmoreland Road,
Red Oak, Texas 75154,
Appellants

v.

**JP MORGAN CHASE BANK N.A.**,
Appellee

From the County Court at Law, Ellis County, Texas
Trial Court No. 13-C-3097
Honorable Jim Chapman, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Cost of this appeal are taxed against Appellants.

SIGNED December 11, 2013.

_____
Patricia O. Alvarez, Justice